FILED 15 JUN '11 15:08 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| JAMES BENNETT, | ) |
| | ) Civil No. 10-1254-JO |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) ORDER TO DISMISS |
| J.E. THOMAS, et al., | ) |
| | ) |
| Respondent. | ) |

JONES, District Judge.

Petitioner, by and through his attorney, moves to voluntarily dismiss this habeas corpus action without prejudice. Respondents do not oppose petitioner's motion. Accordingly, petitioner's unopposed Motion to Voluntarily Dismiss [24] is GRANTED.

IT IS SO ORDERED.

DATED this 15th day of June, 2011.

Robert E. Jones
United States District Judge

1 - ORDER TO DISMISS